**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00171-MR
CRIMINAL CASE NO. 1:05-cr-00004-MR-1**

| | |
|---|---|
| **DANIEL DOUGLAS WHITE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the motion of the United States requesting that the Court continue holding this action in abeyance, pending a decision by the United States Supreme Court in United States v. Davis, No. 18-431 (cert. granted Jan. 4, 2019). [Doc. 7]. According to the Government's motion, defense counsel does not object to its request. [Id.].

Based upon the reasons given by the Government, and without objection by Petitioner, the Court concludes that the Government's motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's motion to continue holding this case in abeyance [Doc. 7] is hereby **GRANTED** and

this matter is hereby held in abeyance pending the Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431 (cert. granted Jan. 4, 2019). Thereafter, the Government shall have 60 days from the date that the Supreme Court issues its decision in <u>Davis</u> within which to file its response in this matter.

**IT IS SO ORDERED.**

Signed: February 18, 2019

Martin Reidinger
United States District Judge